UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DURASERV LLC,

       Plaintiff,

      v.

ACTION GARAGE DOOR REPAIR
CORP.,

       Defendant,

_____/

Case No. 2:24-cv-996-JLB-KCD

## ORDER

Before the Court is Plaintiff's Supplemental Motion for Determination of Attorney's Fees and Costs (Doc. 29) and Declaration of Expert Gregory N. Woods (Doc. 30). The motion is **DENIED WITHOUT PREJUDICE** for failure to include a legal memorandum supporting the request under Local Rule 3.01(a). Aside from this procedural issue, the motion faces other problems. First, it requests hourly rates far outside Fort Myers' market rates. Before filing any renewed motion, Plaintiff must review the caselaw concerning prevailing market rates. *See, e.g., Norman v. Hous. Auth. of City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988) ("A reasonable hourly rate is the common rate in the area for similar services by lawyers of reasonably comparable skills, experience and reputation."). Counsel should also review whether the number of hours is reasonable. For example, counsel charged over $5,000 for a motion that the Court denied as unnecessary. (Doc.

30-2 at 23; Doc. 12); *see ACLU of Ga. v. Barnes*, 168 F.3d 423, 428 (11th Cir. 1999) ("Fee applicants must exercise billing judgment and exclude hours that would be unreasonable to bill to a client and therefore to one's adversary irrespective of the skill, reputation or experience of counsel.").

Any renewed motion must be filed by **June 23, 2025**.

**ORDERED** in Fort Myers, Florida on June 11, 2025.

Kyle C. Dudek
United States Magistrate Judge